# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132960 & (61)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SC: 132960
COA: 263180
Wayne CC: 05-001102-01
　　　　　　05-001104-01

CETRIC DEONDRAE SMITH,
　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal the December 12, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

Clerk

s0416